UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FEDERAL INSURANCE COMPANY;

                    Plaintiff,                07 CIV. 3372 (VM)
                                                              **ECF CASE**
                                                              **RULE 7.1**
                                                              **<u>DISCLOSURE STATEMENT</u>**

       -against-

M/V "RICKMERS TOKYO",
M/V "RICKMERS JAKARTA",
their engines, tackles, boilers, etc.;
RICKMERS-LINIE GMBH &
CIE. KG, HAMBURG;

                      Defendants.
----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

      Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:  New York, New York
         February 15, 2007

                                              *s/David L. Mazaroli*
                                              _____
                                              David L. Mazaroli (DM 3929)
                                              Attorney for Plaintiff
                                              11 Park Place - Suite 1214
                                              New York, New York 10007
                                              Tel.: (212)267-8480
                                              Fax.: (212)732-7352
                                              E-mail: dlm@mazarolilaw.com
                                              File Nos.: 6C-1263 and 6C-1332