UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY;

            Plaintiff,

V.

M/V "RICKMERS TOKYO" et al.,

            Defendants.

---

**CERTIFICATE OF MAILING**

07 CV 3372 (VM)

*[FILED stamp: U.S. DISTRICT COURT FILED MAY 18 2007 S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th Day of May, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**27th Day of April, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 894 085

*[Signature: J. Michael McMahon]*
CLERK

Dated: New York, NY

LAW OFFICES
## DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

May 8, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    Federal Insurance Company
                     v. RICKMERS TOKYO", et al.
                     07 Civ. 3372 (VM)
                     Our Files: 6C-1263 and 6C-1332

[Registered Mail Receipt]

nd Complaint on the below named
e Federal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com