UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| VILIGANT INSURANCE COMPANY; | |
| Plaintiff, | CERTIFICATE OF MAILING |
| V. | |
| BAX GLOBAL INC.; BAX GLOBAL; BAX GLOBAL (AUST) PTY LTD.; | |
| Defendants. | 07 CV 3373 (SHS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th Day of May, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**27th Day of April, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 894 009

*J. Michael McMahon*
CLERK

Dated: New York, NY

**LAW OFFICES**
# DAVID L. MAZAROLI
**11 PARK PLACE**
**NEW YORK, NY 10007**
E-mail: dlm@mazarolilaw.com

May 7, 2007

ice Company
Inc., et al.
HS)
;65

Complaint on the below named
Federal Rules of Civil Procedure, by

BAX Global (Aust) Pty Ltd.
85 O'Riordan Street
Alexandria, NSW 2015
AUSTRALIA

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com

DLM/jcf
encl.