Eugene J. O'Connor (EO 9925)
Timothy Semenoro (TS 6847)
CHALOS, O'CONNOR & DUFFY, LLP
366 Main Street
Port Washington, New York 11050
(516) 767-3600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                Plaintiff,                       07 CV 3372 (VM)

    - against -                             **RULE 7.1 STATEMENT**

M/V "RICKMERS TOKYO",
M/V "RICKMERS JAKARTA",
their engines, tackles, boilers, etc.;
RICKMERS-LINIE GMBH and CIE. KG,
HAMBURG;

                Defendants.
------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Rickmers-Linie GmbH & Cie. KG (a private non-governmental party) certifies that its corporate parent is Rickmers Holding GmbH & Cie. KG and that both are foreign business entities that are not publicly held or traded.

Dated: Port Washington, New York
       June 22, 2007

                                            CHALOS, O'CONNOR & DUFFY, LLP
                                            Attorneys for Defendant Rickmers

                         By: _____
                                            Eugene J. O'Connor (EO 9925)
                                            Timothy Semenoro (TS 6847)
                                            366 Main Street
                                            Port Washington, New York 11050
                                            Phone: (516) 767-3600