LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-07
```

July 26, 2007

TELEFAX: (212)805-6382

Honorable Victor Marrero
United States District Judge
United States Courthouse          JOINT LETTER OF COUNSEL
500 Pearl Street
New York, New York 10007

                  Re:    Federal Insurance Company
                          v. RICKMERS TOKYO", et al.
                          07 Civ. 3372 (VM)
                          Our Files: 6C-1263 and 6C-1332

Dear Judge Marrero:

    I represent the plaintiff in this nonjury admiralty action. This joint letter is also submitted on behalf of defense counsel. The action involves claims for damage and loss to separate shipments of steel products moving on different vessels from China to the United States. The amounts involved are not large by the Court's standards. For that reason counsel intend to focus at an early date on possible settlement. Plaintiffs' disclosure documents have been provided to defense counsel who advised that settlement discussions will be pursued without prejudice to the ocean carrier's prospective defenses based on the bill of lading forum selection clause.

    Counsel anticipate that roughly 45 days will be needed to complete the informal disclosure process, discuss settlement, and obtain client instructions. For this reason counsel join in respectfully requesting that the Court allow until a date mid-September to settle the case or submit a scheduling order. The Court's attention is appreciated.

SO ORDERED: Request Granted. The time for the parties herein to submit a proposed case management plan is extended to 9-14-07.

7-26-07
DATE          VICTOR MARRERO, U.S.D.J.

Respectfully,

David L. Mazaroli

cc:    Chalos, O'Connor & Duffy LLP
        Attn.: Timothy Semenoro, Esq. (Via e-mail: mailto:tsemenoro@codus-law.com)