MARRERO, S.

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FEDERAL INSURANCE COMPANY;

                    Plaintiff,

          - against -

M/V "RICKMERS TOKYO",
M/V "RICKMERS JAKARTA",
their engines, tackles, boilers, etc.;
RICKMERS-LINIE GMBH &
CIE. KG, HAMBURG;

                    Defendants.
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-07

07 Civ. 3372 (VM)

**STIPULATION & ORDER
OF DISCONTINUANCE**

A settlement agreement having been reached, it is hereby stipulated and agreed
that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal
Rules of Civil Procedure, with prejudice but with each party to pay its own costs and
attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within
sixty (60) days of the entry of this order, this action will be restored to the active docket
of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       September 13, 2007

SO ORDERED: 13 September 2007

Hon. Victor Marrero, U.S.D.J.

07 Civ. 3372 (VM)
Stipulation & Order
of Discontinuance
Page 2

LAW OFFICES,
DAVID L. MAZAROLI
Attorney for Plaintiff

By:

David L. Mazaroli (DM-3929)
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212) 267-8480
Fax.: (212) 732-7352
E-mail: dlm@mazarolilaw.com
File Nos.: 6C-1263 & 6C-1332

CHALOS, O'CONNOR & DUFFY
Attorneys for Defendant
RICKMERS-LINIE GMBH &
CIE. KG, HAMBURG

By:

Timothy Semenoro (TS-6847)
366 Main Street
Port Washington, New York 11050
Tel.: (516) 767-3600
Fax.: (516) 767-3605
E-mail: tsemenoro@codus-law.com
File No.: 500180.58